HENRY J. RICKEL, RESPONDENT, v. FRANK STOCKMAN, SR., APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.

For the appellant, *Frank G. Turner.*

For the respondent, *Edward A. Markley.*

Per Curiam.

The judgment of the Supreme Court will be affirmed, for the reasons given in the *per curiam* opinion of that court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Case, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ.  13.

*For reversal*—None.